FILED

JULY 09 2025

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

RYAN ARASH REZAEI (CABN 285133)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    ryan.rezaei@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>SIXTO CHRISTOPHER PORRAS,<br><br>    Defendant. | NO. 25-CR-00166 TLT<br><br>STIPULATION TO CONTINUE IDENTIFICATION OF COUNSEL HEARING TO JULY 21, 2025 AND EXCLUDE TIME FROM JULY 14, 2025 TO JULY 21, 2025 AND [PROPOSED] ORDER |

    It is hereby stipulated by and between counsel for the United States and counsel for the defendant SIXTO CHRISTOPHER PORRAS, that time be excluded under the Speedy Trial Act from July 14, 2025, through July 21, 2025.

    At the initial appearance held on or about June 30, 2025, the Court scheduled an identification of counsel hearing for July 14, 2025. At the hearing, the government and counsel for the defendant agreed that time be excluded under the Speedy Trial Act for continuity of counsel. Defense counsel has since asked the government to agree to continue the matter until July 21, 2025, so that defense counsel, who is based in Florida, can travel to San Francisco for the hearing. The government has no objection to that request and agrees that the matter should be continued until July 21, 2025, before the Court's regular

STIPULATION AND [PROPOSED] ORDER
Case No. 25-CR-00166 TLT

v. 7/10/2018

criminal calendar.

For this reason, the parties stipulate and agree that excluding time until July 21, 2025, to obtain and for continuity of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding the time from July 14, 2025, through July 21, 2025, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED:  
/s/  
RYAN ARASH REZAEI  
Assistant United States Attorney

DATED:  
/s/  
DAVID GARVIN  
Counsel for Defendant  
PRO HAC VICE PENDING

### [PROPOSED] ORDER

Based upon the facts set forth in the stipulation and for good cause shown, the hearing in the above-captioned matter currently scheduled July 14, 2025, at 10:30 AM, is continued until July 21, 2025, at 10:30 AM, before the Honorable ~~Peter H. Kang~~ Nathaniel Cousins (consolidated duty calendar).  The Court finds that failing to exclude the time from July 14, 2025, through July 21, 2025, would unreasonably deny defense counsel and the defendant continuity of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from July 14, 2025, to July 21, 2025, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with

//

//

//

STIPULATION AND [PROPOSED] ORDER  
Case No. 25-CR-00166 TLT

v. 7/10/2018

1  //

2  the consent of the parties, IT IS HEREBY ORDERED that the time from July 14, 2025, through July 21,

3  2025, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

4      IT IS SO ORDERED.

6  DATED: July 9, 2025



PETER H. KANG
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
Case No. 25-CR-00166 TLT

v. 7/10/2018